*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   July 31, 2014                    517170
_____

In the Matter of JAMES
    STEVENSON,
                        Appellant,

        v                                    MEMORANDUM AND ORDER

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                        Respondent.
_____

Calendar Date:   June 9, 2014

Before:   Peters, P.J., Lahtinen, McCarthy, Garry and Clark, JJ.

_____

        James Stevenson, Romulus, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____

        Appeal from a judgment of the Supreme Court (Gilpatric, J.), entered June 7, 2013 in Ulster County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition.

        Judgment affirmed.   No opinion.

        Peters, P.J., Lahtinen, McCarthy, Garry and Clark, JJ., concur.

ORDERED that the judgment is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court